**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Timothy Dugan<br><br>    Debtor(s) | Case No. 13-32785 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/16/2013.

2) The plan was confirmed on 10/11/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/15/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/08/2018.

5) The case was converted on 03/01/2018.

6) Number of months from filing to last payment: 48.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,022.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,950.00 |
| Less amount refunded to debtor | $47.59 |
| **NET RECEIPTS:** | **$22,902.41** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $986.35 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,986.35** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 500.00 | 2,780.61 | 2,780.61 | 388.99 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 663.00 | 663.58 | 663.58 | 83.33 | 0.00 |
| BARONS CREDITORS SERVICE CORP | Unsecured | NA | 536.45 | 536.45 | 63.51 | 0.00 |
| FIRST SOUTHWESTERN FINANCIAL S | Unsecured | NA | 490.81 | 490.81 | 63.40 | 0.00 |
| FIRST SOUTHWESTERN FINANCIAL S | Secured | 3,100.00 | 3,100.00 | 3,100.00 | 3,100.00 | 65.52 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 569.00 | 569.25 | 569.25 | 65.34 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 6,595.52 | 6,595.52 | 922.67 | 0.00 |
| LVNV FUNDING | Unsecured | 1,502.00 | 734.99 | 734.99 | 102.82 | 0.00 |
| MICHELLE DUGAN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 390.00 | 390.36 | 390.36 | 47.61 | 0.00 |
| SBS FINANCIAL SERVICES INC | Unsecured | 14,000.00 | 15,850.76 | 15,850.76 | 2,217.45 | 0.00 |
| SBS FINANCIAL SERVICES INC | Unsecured | NA | 14,989.89 | 14,989.89 | 2,097.03 | 0.00 |
| PUBLIC STORAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| COMCAST ENHANCED RECOVERY | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SAMARITAN | Unsecured | 13,618.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE LUTHERAN GENERAL | Unsecured | 2,977.00 | NA | NA | 0.00 | 0.00 |
| FOX METRO | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 2,978.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 1,406.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,339.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWEST CENTER IMAGING | Unsecured | 5,454.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 1,006.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 15,467.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| RADIATION ONCOLOGY | Unsecured | 1,332.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP SURGICA | Unsecured | 1,274.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 11,240.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGI | Unsecured | 1,104.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 937.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 2,489.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 1,939.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION JP MORGAN CHASE | Unsecured | 20,895.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 40,629.00 | 62,177.69 | 62,177.69 | 8,698.39 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,100.00 | $3,100.00 | $65.52 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,100.00** | **$3,100.00** | **$65.52** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$105,779.91** | **$14,750.54** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,986.35 |
| Disbursements to Creditors | $17,916.06 |
| **TOTAL DISBURSEMENTS** : | **$22,902.41** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/19/2018              By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.